IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL PINA,

      Petitioner,               No.  CIV S-09-3523 MCE GGH P

  vs.

FRANCISCO JACQUEZ,

      Respondent.             ORDER

_____/

      By <u>Order</u>, filed on August 2, 2010, petitioner's request for a further extension of time to file his opposition to respondent's motion to dismiss was denied without prejudice to his filing his opposition and showing good cause for the delay within fourteen days.  Petitioner's filing of August 16, 2010, is sufficient to show good cause for the delay, and the July 28, 2010, opposition filed by petitioner is deemed timely filed.  Respondent has previously been granted until September 11, 2010, to file a reply to petitioner's opposition, and that deadline remains in effect.

      IT IS SO ORDERED.

DATED: August 25, 2010                      /s/ Gregory G. Hollows

                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
pina3523.ord2